J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

CDepot, Inc. d/b/a CDepot d/b/a C Depot
Simon Peterson, an individual and
d/b/a Amazon.com Seller CDepotstore
Sandy Williamson, an individual and
d/b/a Amazon.com Seller CDepotstore
9039 Baltimore Ave.
College Park, MD 20740

Defendants, *in pro se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-0883 RGK (RZx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| CDepot, Inc. d/b/a CDepot d/b/a C Depot; Sandy Williamson, an individual and d/b/a Amazon.com Seller cdepotstore; Simon Peterson, an individual and d/b/a Amazon.com Seller cdepotstore, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants CDepot, Inc. d/b/a CDepot d/b/a C Depot and d/b/a as Amazon.com Seller cdepotstore, Sandy Williamson, an individual and Simon Peterson, an individual (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

　　　　　a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   The hearing on Plaintiff's Motion for Default Judgment currently on calendar for January 13, 2014, at 9:00 a.m. is hereby vacated.

8)   This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

12)     This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  January 08, 2014

_____

Hon. R. Gary Klausner
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros.
Home Entertainment Inc.

CDepot, Inc. d/b/a CDepot d/b/a C Depot
and d/b/a as Amazon.com Seller cdepotstore

By: _____
        Sandy Williamson
President, *in pro se*

Simon Peterson, an individual

By: _____
        Simon Peterson
Defendant, *in pro se*

Sandy Williamson, an individual

By: _____
        Sandy Williamson
Defendant, *in pro se*

## EXHIBIT A
## COPYRIGHT REGISTRATIONS

| Reg. No. | Titles | Copyright Claimant |
|---|---|---|
| R 197-584 | The Divorcee (1930) | Turner Entertainment Co. |
| R 217-656 | Night Nurse (1931) | Turner Entertainment Co. |
| R 245-015 | Three on a Match (1932) | Turner Entertainment Co. |
| R 627-299 | Fast and Furry-ous (1949) | Warner Bros. Entertainment Inc. ("WBEI") |
| RE 156-545 | Gee Whiz-z-z-z! (1956) | WBEI |
| R 681-339 | Operation: Rabbit (1952) | WBEI |
| RE 286-210 | Hook, Line and Stinker (1958) | WBEI |
| RE 373-949 | Zip N' Snort (1960) | WBEI |
| RE 341-387 | Ready, Woolen, and Able (1959) | WBEI |
| RE 12-225 | Beep, Beep (1952) | WBEI |
| RE 528-595 | To Beep or Not to Beep (1963) | WBEI |
| R 272-614 | Female (1933) | Turner Entertainment Co. |
| PA 341-856 | Disorderlies | Warner Brothers, Inc. ("WBI") |
| RE 929-194 | It's the Easter Beagle, Charlie Brown | United Feature Syndicate, Inc. |
| PA 527-727 | Point Break | Largo Entertainment |
| RE 338-581 | Free Soul | Grover Asmus & Stephen Coyne, co-trustees of Donna M. Asmus Trust & Mary Ellen Owen, co-executor of the Will of Anthony I. Owen (PWH) |
| PA 241-506 | The Killing Fields | Goldcrest Films and Television, Ltd. |
| PA 417-162 | Batman | WBI |
| PA 569-651 | Batman Returns | Metro-Goldwyn-Mayer Film Company, Inc. & S L M Entertainment, Ltd. |
| PA 720-192 | Batman Forever | New Line Productions, Inc. |
| PA 859-518 | Batman & Robin | Warner Brothers, a division of Time Warner Entertainment Company, LP ("WB") |
| PA 1-222-767 | Chasing Liberty | Micro Fusion 2003-2, LLP |
| PA 1-744-136 | CURB YOUR ENTHUSIASM: The Divorce | Home Box Office, Inc. ("HBO") |

| | | |
|---|---|---|
| PA 1-746-580 | CURB YOUR ENTHUSIASM: The Safe House | HBO |
| PA 1-739-186 | CURB YOUR ENTHUSIASM: Palestinian Chicken | HBO |
| PA 1-740-510 | CURB YOUR ENTHUSIASM: The Smiley Face | HBO |
| PA 1-740-509 | CURB YOUR ENTHUSIASM: Vow of Silience | HBO |
| PA 1-740-508 | CURB YOUR ENTHUSIASM: The Hero | HBO |
| PA 1-746-589 | CURB YOUR ENTHUSIASM: The Bi-Sexual | HBO |
| PA 1-744-140 | CURB YOUR ENTHUSIASM: Car Periscope | HBO |
| PA 1-748-790 | CURB YOUR ENTHUSIASM: Mister Softee | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 1-747-827 | CURB YOUR ENTHUSIASM: Larry vs. Michael J. Fox | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | HBO |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | HBO |

| PA 1-759-114 | ENTOURAGE: One Last Shot | HBO |
|---|---|---|
| PA 1-759-119 | ENTOURAGE: Whiz Kid | HBO |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | HBO |
| PA 1-764-686 | ENTOURAGE: The Big Bang | HBO |
| PA 1-765-845 | ENTOURAGE: Second To Last | HBO |
| PA 1-765-833 | ENTOURAGE: The End | HBO |
| PA 1-791-633 | FINAL DESTINATION FIVE | WBEI |
| R 399-224 | Gone with the Wind | Turner Entertainment Co. |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-771-915 | Sherlock Holmes: A Game of Shadows | WV Films IV LLC |
| RE 023-190 | Singin' in the Rain | WBEI |
| PA 1-726-157 | THE O.C.: The Avengers | WBEI |
| PA 1-726-155 | THE O.C.: The Gringos | WBEI |
| PA 1-726-152 | THE O.C.: The Cold Turkey | WBEI |
| PA 1-723-072 | THE O.C.: The Metamorphosis | WBEI |
| PA 1-726-153 | THE O.C.: The Sleeping Beauty | WBEI |
| PA 1-723-090 | THE O.C.: The Summer Bummer | WBEI |
| PA 1-723-089 | THE O.C: The Chrismukk-huh? | WBEI |
| PA 1-723-091 | THE O.C.: The Earth Girls Are Easy | WBEI |
| PA 1-726-150 | THE O.C.: The My Two Dads | WBEI |
| PA 1-726-148 | THE O.C.: The French Connection | WBEI |
| PA 1-726-158 | THE O.C.: The Dream Lover | WBEI |
| PA 1-726-147 | THE O.C.: The Groundhog Day | WBEI |
| PA 1-808-897 | THE O.C.: The Case Of The Franks | WBEI |
| PA 1-808-914 | THE O.C.: The Shake Up | WBEI |
| PA 1-723-088 | THE O.C.: The Night Moves | WBEI |
| PA 1-808-902 | THE O.C.: The End's Not Near, It's Here | WBEI |